Case 3:20-cr-05316___/B  Document 6 (Court only)  Filed 1/16/20  Page 1 of 1

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF WASHINGTON

FILED
JAN - 6 2021
CLERK, U.S. DISTRICT COURT
CLERK, NORFOLK DISTRICT COURT
NORFOLK, VA

| United States of America | ) |
|---|---|
| v. | ) |
| XAVIER W COLEMAN | ) Case No. 3:20-cr-05316-CVB |
| Defendant | ) |

2:21mj2

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  XAVIER W COLEMAN

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ■ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

Brief description of offense:

TRAFFIC OFFENSES, NEGLIGENT DRIVING 1ST DEGREE

Date:  11/16/2020

*Issuing officer's signature*

City and state:  Tacoma, Washington

Kelly A Miller, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 1-6-2021
at *(city and state)* Norfolk, VA

Date:  1-6-2021

*Arresting officer's signature*

Jason Silvin  Deputy US Marshal
*Printed name and title*